**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6857**

_____

RAYMOND GRIFFIN,

              Plaintiff – Appellant,

        v.

DONNIE HARRISON; OFFICER GILLIAM; OFFICER LAMAR; SERGEANT
BRIDGES; OFFICER BEY-ADAMS; SERGEANT SMITH; OFFICER
HAMMONDS; JOHN AND JANE DOE,

              Defendants – Appellees,

        and

CAPTAIN STEINBECK,

              Defendant.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge.  (5:15-ct-03276-D)

_____

Submitted:  October 13, 2016        Decided:  October 18, 2016

_____

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Raymond Griffin, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Griffin seeks to appeal the district court's order dismissing, in part, Griffin's 42 U.S.C. § 1983 (2012) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Griffin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2